IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY J. ALLEGRINO II,

    Plaintiff,

v.

THE STATE BAR OF CALIFORNIA, et al.,

    Defendants.

No. C 06-05490 WHA
No. C 07-00301 WHA

**ORDER OF DISMISSAL**

    Judge Martin Jenkins previously dismissed this case. After re-assignment to the undersigned, plaintiff failed to appear for a properly noticed case management conference. This case shall be **DISMISSED** as well for lack of prosecution. The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: May 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE