IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY J. ALLEGRINO II,

         Plaintiff,

   v.

THE STATE BAR OF CALIFORNIA, et al.,

         Defendants.

                          /

No. C 06-05490 WHA
No. C 07-00301 WHA

**JUDGMENT**

For the reasons stated in the accompanying order of dismissal, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: May 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California